Form ntchrg

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **11−64704−mar**
Chapter: 13
Judge: Mark A. Randon

In Re: (NAME OF DEBTOR(S))
   Philip John McPartlin                             Rosemary Carter McPartlin
   11854 Hadley Ct                                     11854 Hadley Ct
   Utica, MI 48315                                    Utica, MI 48315

Social Security No.:
   xxx−xx−0284                                         xxx−xx−3187

Employer's Tax I.D. No.:

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **Courtroom 1825, 211 West Fort Street Bldg., Detroit, MI 48226** on **1/14/15** at **09:00 AM** to consider and act upon the following:

*78* – Motion To Sever Chapter 13 Case . Fee Amount $310, Filed by Joint Debtor Rosemary Carter McPartlin (Stein, Erik)

Dated: 12/8/14

                                                                  BY THE COURT

                                                                  Katherine B. Gullo
                                                                  Clerk, U.S. Bankruptcy Court

                                                                  BY: leslie binion
                                                                  Deputy Clerk